**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 27, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00443-CV

### IN THE MATTER OF R.D.D., Appellant

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2021-00909J**

## MEMORANDUM OPINION

This is an appeal from a final determination order signed on May 8, 2023. *See* Tex. Fam. Code Ann. §§ 54.04; 56.01(c)(1)(C). The final order determined that appellant, a juvenile, engaged in delinquent conduct and committed him to the custody of the Texas Juvenile Justice Department for ten years with a possible transfer to the Texas Department of Criminal Justice.

Appellant has filed a motion to voluntarily dismiss this appeal. Appellant's motion is signed by appellant and states that appellant knowingly waives his

appeal and understands the possible consequences of waiving the appeal. Appellant's motion is sufficient to show that he has knowingly and voluntarily waived his right to appeal. *See* Tex. Fam. Code § 51.09; *In the Matter of A.S.H.*, 615 S.W.3d 699 (Tex. App.—Amarillo 2021, no pet.); *In the Matter of E.S.*, No. 03-23-00231-CV, 2023 WL 4405466 (Tex. App.—Austin July 7, 2023, no pet.). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.